## First Department, September, 1940.
### (September 27, 1940.)

Charles Mortimer Miller, Respondent, v. Madison Square Garden Corporation, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## Second Department, September, 1940.
### (September 3, 1940.)

In the Matter of the Application of Silvio A. Lanza, Respondent, for an Order of Mandamus against George J. Ryan, as President, Samuel Stern, Vice-President, and Others, as Members of the Board of Education of the City of New York; Henry Levy, Chairman, Edward S. Canning, Secretary, and Others, as Members of the Board of Examiners of the Board of Education of the City of New York and the Board of Superintendents; William J. O'Shea, Superintendent of Schools, Chairman, Appellants.— On the court's own motion, the decision of this court dated August 20, 1940 [259 App. Div. 1116], is amended to read as follows: Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion to resettle order of this court dated July 2, 1940 [259 App. Div. 1086], granted and order resettled as indicated in order signed. Present — Lazansky, P. J., Adel, Taylor and Close, JJ.; Carswell, J., not voting.